# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0946.  CHARLIE SANDERS v. THE STATE.**

Charlie Sanders was charged with public indecency in a bill of indictment issued on September 19, 2012. Sanders was convicted on May 12, 2014. On July 18, 2014, Sanders filed a notice of appeal to the Supreme Court, in which he stated that he was appealing the bill of indictment. The Supreme Court transferred the case to this Court. We lack jurisdiction.

The bill of indictment is not a directly appealable judgment. To the extent that Sanders was seeking to appeal from his conviction, his notice of appeal was untimely. To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012); *GMC Group v. Harsco Corp.*, 293 Ga. App. 707 (667 SE2d 916) (2008). Because Sanders filed his notice of appeal 67 days after entry of the appealable order, this appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/29/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*